IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

PENNSYLVANIA HIGHER
EDUCATION ASSISTANCE
AGENCY,

    Plaintiff,

v.                        No. 1:10-cv-01083-JDB-egb

MARCUS E. MEEKINS,

    Defendant.

_____

ORDER ADOPTING REPORT AND RECOMMENDATION AND
GRANTING DEFAULT JUDGMENT AGAINST DEFENDANT MARCUS E. MEEKINS
_____

    Before the Court is the report and recommendation of the magistrate judge on the request of the Plaintiff, Pennsylvania Higher Education Assistance Agency, for a default judgment against the Defendant, Marcus E. Meekins.  In a report and recommendation filed September 29, 2010, the magistrate judge recommended that default judgment be entered against the Defendant in the amount of $26,347.35, along with $1,860.50 of attorney's fees, $350.00 of court costs, $203.30 of pre-judgment interest, and post-judgment interest in favor of Plaintiff.  According to the Court's docket, no objections to the magistrate judge's report and recommendation have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

    The Court has reviewed the magistrate judge's report and recommendation.  No objections having been filed, the Court ADOPTS the magistrate judge's report and recommendation.  It is therefore ORDERED that the magistrate judge's report and recommendation of September 29, 2010, be hereby ADOPTED and default judgment be entered against the Defendant and in favor of the Plaintiff in the amounts set forth in the report and recommendation.

   IT IS SO ORDERED this 23rd day of November, 2010.


                s/ J. DANIEL BREEN
                UNITED STATES DISTRICT JUDGE